■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM AR-
MIOIA, Appellant. — Appeal by defendant from a judgment of the County
Court, Suffolk County (Copertino, J.), rendered August 24, 1981, convicting
him of attempted robbery in the first degree, upon his plea of guilty, and
imposing sentence. The appeal brings up for review (1) the denial, without a
hearing, of defendant's motion to suppress his statement, and (2) the denial,
after a hearing, of defendant's motion to suppress identification testimony. By
order dated February 7, 1983, this court remitted the case to the County Court,
Suffolk County, to hear and report on whether defendant's alleged confession
was voluntarily obtained by the police and directed that the appeal be held in
abeyance in the interim (*People v Armioia*, 92 AD2d 548). The County Court
(Vaughn, J.), has complied and rendered a report in accordance therewith.
Judgment affirmed. No opinion. Damiani, J. P., Lazer, Mangano and Thomp-
son, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE ARNETTE,
Appellant. — Appeal by defendant from two judgments of the Supreme Court,
Queens County (Rosenberg, J.), each rendered March 6, 1981, one of which
(with respect to indictments No. 1318/79), convicted him of criminal contempt
in the first degree (two counts), upon a jury verdict, and one of which (with
respect to indictment Nos. 1319/79 and 1321/79), convicted him of rewarding
official misconduct in the second degree, upon his plea of guilty, and imposed
sentences. By order dated April 12, 1982, this court reversed the judgments
appealed from, dismissed indictment No. 1318/79, and vacated defendant's
guilty plea with respect to indictments Nos. 1319/79 and 1321/79, and *inter
alia*, remitted the case to the Supreme Court, Queens County, for further
proceedings on the latter two indictments (*People v Arnette*, 87 AD2d 841). By
order dated March 31, 1983, the Court of Appeals modified this court's order,
by reinstating the judgment of the Supreme Court, Queens County, insofar as
it convicted defendant of criminal contempt in the first degree on the first
count of indictment No. 1318/79 and remitted the case to this court for a
determination of the facts. As so modified, this court's order was affirmed
(*People v Arnette*, 58 NY2d 1104). Upon consideration of the facts, judgment
with respect to the first count of indictment No. 1318/79, affirmed. No opinion.
Lazer, J. P., Mangano, Brown and Niehoff, JJ., concur.